UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| TRAVIS DION DILLIHUNT,<br><br>Petitioner,<br><br>v.<br><br>T. GONZALEZ (acting Warden),<br><br>Respondent. | ED CV 10-1969-SJO (SH)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

June 25, 2011

DATED: _____

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

1